Case No. 21-3217

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

ORDER

ANNA LASKO

    Plaintiff - Appellant

v.

MOBILE HYPERBARIC CENTERS, LLC; MICHAEL N. HUBER; ABC COMPANIES, 1-5; JOHN DOES, 1-5

    Defendants - Appellees

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: July 09, 2021